UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ELDRED MEADOWS,

        Plaintiff,                  CASE NUMBER: 10-11574

                                            HONORABLE VICTORIA A. ROBERTS

v.

UNIVERSITY OF MICHIGAN
SCHOOL OF MUSIC,

        Defendant.

_____/

**ORDER DENYING MOTION FOR RECONSIDERATION**

On April 27, 2010, this Court issued an Order dismissing Plaintiff's Complaint against the University of Michigan School of Music, pursuant to 28 U.S.C. § 1915. The Court concluded the allegations in Plaintiff's complaint failed to state a claim upon which relief could be granted. The matter is now before the Court on Plaintiff's Motion for Reconsideration [Dkt #6], filed May 17, 2010.

Motions for reconsideration may be granted pursuant to E.D. Mich. LR 7.1(g)(1) when the moving party shows (1) a "palpable defect," (2) that misled the court and the parties, and (3) that correcting the defect will result in a different disposition of the case. E.D. Mich. LR 7.1(g)(3). A "palpable defect" is a defect which is obvious, clear, unmistakable, manifest, or plain. *Mich. Dep't of Treasury v. Michalec*, 181 F. Supp. 2d 731, 734 (E.D. Mich. 2002) (citations omitted). Plaintiff's motion for reconsideration

1

does not meet this standard; it fails to identify a cognizable cause of action.

Plaintiff has not shown a palpable defect in the Court's order dismissing the case.

Accordingly, Plaintiff's motion for reconsideration is **DENIED**.

**IT IS ORDERED**.

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: June 10, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record and Eldred Meadows by electronic means or U.S. Mail on June 10, 2010.

s/Linda Vertriest
Deputy Clerk